**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CONSTANCE SEWING,                          No. C 12-04455 WHA

11              Plaintiff,

12      v.                                       **ORDER DENYING *PRO HAC
                                                 VICE* APPLICATION OF**
13   STRYKER CORPORATION, et al.,               **ATTORNEY BRADLEY REEVES**

14              Defendants.

15   _____/

16         The *pro hac vice* application of Attorney Bradley Reeves (Dkt. No. 63) is **DENIED** for

17   failing to specify membership in good standing of a United States Court or the highest court of

18   another State or the District of Columbia.  Merely claiming membership of "the bar of the State

19   of Texas" is insufficient under the civil local rules.  While the application fee does not need to be

20   paid again, the application cannot be processed until a corrected form is submitted.

21

22

23         **IT IS SO ORDERED.**

24

25   Dated:   January 14, 2013.

26                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
27

28