IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSTANCE SEWING,

    Plaintiff,

  v.

STRYKER CORPORATION, et al.,

    Defendants.

No. C 12-04455 WHA

**ORDER DENYING *PRO HAC VICE* APPLICATION OF ATTORNEY BRADLEY REEVES**

The *pro hac vice* application of Attorney Bradley Reeves (Dkt. No. 63) is **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of the State of Texas" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE